THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

(Argued April 10, 1894; decided April 24, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 4, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John M. Bowers* for appellant.

*T. E. Hancock, Attorney-General,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.